UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTELA BATEN, REYNA BATEN, and YOLANDA PATRICIA BATEN MIRANDA *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIGHT LAUNDRY LAND CORP. (D/B/A BRIGHT LAUNDRY LAND), TOP FABRIC CARE INC. (D/B/A WHOLESALE DRY CLEANING), MICHAEL MYINT, and LAY NA MYINT (A.K.A. LINDA),<br><br>*Defendants.* | Civ. Case No. 1:18-cv-02034-ALC-DCF |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the declaration of Virginia Alyson Harper, Esq. below, Defendants hereby move this Court for an Order allowing Virginia Alyson Harper, Esq. to withdraw as counsel for Defendants. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following pursuant to 28 U.S.C. 1746 under the penalty of perjury:

1. As of January 1, 2019, I am no longer associated with the law firm of the Law Offices of Michael K. Chong, LLC, attorneys for Defendants.

2. The Law Offices of Michael K. Chong, LLC continues to be counsel of record in this matter.

3. The discovery end date is April 12, 2019.

4. I am not asserting any retaining or charging lien on Defendants.

Dated: February 6, 2019

                                   Respectfully submitted,
                                   /s/ Virginia Alyson Harper, Esq.
                                   5045042 (ATTORNEY ID#)
                                   Email: vaharper88@gmail.com
                                   Cell: 201-953-6111
                                   Formerly of:
                                   Law Offices of Michael K. Chong, LLC
                                   2 Executive Drive, Ste. 720 Fort Lee, NJ 07024
                                   Ph#: (201) 947-5200 Fx#: (201) 708-6676

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTELA BATEN, REYNA BATEN, and YOLANDA PATRICIA BATEN MIRANDA *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIGHT LAUNDRY LAND CORP. (D/B/A BRIGHT LAUNDRY LAND), TOP FABRIC CARE INC. (D/B/A WHOLESALE DRY CLEANING), MICHAEL MYINT, and LAY NA MYINT (A.K.A. LINDA),<br><br>*Defendants.* | Civ. Case No. 7:18-cv-04246-NSR |

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the Motion by Counsel for BRIGHT LAUNDRY LAND CORP. d/b/a BRIGHT LAUNDRY LAND, MIKE MYINT (improperly pled as MICHAEL MYINT), and LAY NA MYINT ("Defendants") and the accompanying declaration of Virginia Alyson Harper, Esq., IT IS HEREBY ORDERED that the motion of Virginia Alyson Harper, Esq. to withdraw as counsel for Defendants is granted, and Virginia Alyson Harper's appearance is withdrawn as of the date of this Order.

Dated: _____            _____

                                                                                                                Honorable Debra C. Freeman

                                                                                                                United States Magistrate Judge