UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTELA BATEN, REYNA BATEN, and YOLANDA PATRICIA BATEN MIRANDA *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIGHT LAUNDRY LAND CORP. (D/B/A BRIGHT LAUNDRY LAND), TOP FABRIC CARE INC. (D/B/A WHOLESALE DRY CLEANING), MICHAEL MYINT, and LAY NA MYINT (A.K.A. LINDA),<br><br>*Defendants.* | **AFFIDAVIT OF MICHAEL K. CHONG, ESQ.**<br><br>1:18-cv-02034-ALC |

Michael K. Chong, being duly sworn upon his oath deposes and states:

1.  I am an attorney at law admitted to practice before the United States District Court for the Southern District of New York, and the attorney for defendants BRIGHT LAUNDRY LAND CORP. d/b/a BRIGHT LAUNDRY LAND, MICHAEL MYINT, and LAY NA MYINT. (hereinafter collectively referred as "Defendants") in this action. I have personal knowledge of the facts set forth in this Affidavit, which I make in support of a Motion for Leave to Withdraw as Counsel for Defendants.

2.  I was retained to represent Defendants in this action on an hourly fee basis. Defendants provided a small payment for their initial retainer. It has since expired, and I have made numerous requests for payment of the outstanding legal bill to no avail.

3.  In addition, there has also been a general breakdown in communication with Defendants which prevents me from effectively representing them in this litigation.

4.  I have made multiple attempts to contact Defendants to provide me with information and other documents concerning this matter to no avail.

1

5.      Based on the above, I have advised Michael Myint, who is the principal for the corporate defendant BRIGHT LAUNDRY LAND CORP., that I intend to seek the Court's permission to withdraw as counsel based on the above.

6.      In sum, Defendants are unresponsive to my firm's communications and requests for information and payment. Under these circumstances, I am unable to effectively represent the Defendants' interests, and it will be a substantial financial hardship to be required to continue representing Defendants without payment for my legal services.

7.      For all of these reasons, I respectfully request that the Court grant the Motion for Leave to Withdraw as Counsel for Defendants BRIGHT LAUNDRY LAND CORP., MICHAEL MYINT, and LAY NA MYINT.

8.      Defendants are being provided with notice of my application to withdraw as counsel, with the Notice of Motion, Affidavit and proposed Order being sent to Defendants by email, the established method of communication between my office and Defendants.

Date: February 14, 2019

*Michael K. Chong*
Michael K. Chong, Esq.

Sworn to and subscribed to before me this 20 day of Feb, 2019