```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/4/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**BATEN, ET AL.,**

                    **Plaintiffs,**

       -against-

**BRIGHT LAUNDRY LAND CORP, ET AL.,**

                    **Defendants.**

------------------------------------------------------------------- x

**1:18-CV-02034 (ALC) (DCF)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before July 17, 2020. Plaintiffs are directed to serve this Order on Defendants, and file proof of service, by June 12, 2020.

**SO ORDERED.**

**Dated:**      **New York, New York**
              **June 4, 2020**

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                              **United States District Judge**