**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**BATEN, ET AL.,**

       **Plaintiffs,**

  -against-

**BRIGHT LAUNDRY LAND CORP, ET AL.**

       **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2020__

**18-cv-02034-ALC-DCF**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The Court hereby ORDERS Plaintiffs to file a letter stating their position on Defendants' request for a settlement conference by October 8, 2020.

**SO ORDERED.**

**Dated:  New York, New York**
     **October 5, 2020**

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**