**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ESTELA BATEN, REYNA BATEN and
YOLANDA PATRICIA BATEN MIRANDA,
*individually and on behalf of others similarly situated,*

                       Plaintiff,

    -against-

BRIGHT LAUNDRY LAND CORP. (D/B/A BRIGHT LAUNDRY LAND), TOP FABRIC CARE INC. (D/B/A WHOLESALE DRY CLEANING), MICHAEL MYINT, and LAY NA MYINT (A.K.A. LINDA),

                       Defendants.
---------------------------------------------------------X

1:18-cv-02034-ALC

**(PROPOSED) JUDGMENT**

      WHEREAS on or about January 21, 2021, Defendants BRIGHT LAUNDRY LAND CORP. (D/B/A BRIGHT LAUNDRY LAND), TOP FABRIC CARE INC. (D/B/A WHOLESALE DRY CLEANING), MICHAEL MYINT, and LAY NA MYINT (A.K.A. LINDA) extended to Plaintiffs ESTELA BATEN, REYNA BATEN and YOLANDA PATRICIA BATEN MIRANDA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>five thousand dollars and zero cents ($5,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about January 21, 2021,

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of <u>five thousand dollars and zero cents ($5,000.00)</u>.

    Dated:  New York, New York

          January ___ , 2021

                                                              _____
                                                              ANDREW J. CARTER, JR, U.S.D.J.